# POPOVIC, et al. v. SPINOGATTI, et al.
# Case Number: 2:15-cv-00357-JJT

# ALEKSANDER POPOVIC STATEMENT OF FACTS IN SUPPORT OF PLAINTIFF'S RESPONSE TO BANK OF AMERICA N.A.'S MOTION FOR SUMMARY JUDGMENT

# ADDITIONAL EXHIBITS